IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC.  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§  CIVIL ACTION No. 6:21-cv-571-ADA<br>GOOGLE LLC  §<br>§  JURY TRIAL DEMANDED<br>Defendant.  §<br>§ | |

**DECLARATION OF BILL TRAC IN SUPPORT OF GOOGLE'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Bill Trac, declare and state as follows:

1.  I am a Counsel at O'Melveny & Myers LLP, located at Two Embarcadero Center, 28th Floor, San Francisco, CA 94111-3823, and counsel of record for Defendant Google LLC ("Google" or "Defendant"). I submit this Declaration in support of Google's Motion to Transfer Venue to the Northern District of California.

2.  Attached as Exhibit A is a true and correct copy of Salil Pradhan's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/salilpradhan/), which indicates that Mr. Pradhan is located in San Jose, California.

3.  Attached as Exhibit B is a true and correct copy of Parus's webpage retrieved on or around January 2020, identifying its Management Team as including Mr. Pradhan (https://www.parus.ai/about-us/management-team/).

4.  Attached as Exhibit C-1 is a true and correct copy of a page from the Internet Archive (http://web.archive.org/web/20000817214829/http://www.tellme.com/faqs/), reflecting the Tellme FAQ page from August 17, 2000.

5.  Attached as Exhibit C-2 is a true and correct copy of Mike McCue's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/mimccue/), which indicates that Mr. McCue is located in the San Francisco Bay Area.

6.  Attached as Exhibit D-1 is a true and correct copy of a page from the Internet Archive (web.archive.org/web/20001018045451/http://www.bevocal.com/about_us/bevocals_story/faqs.html), reflecting the BeVocal FAQ from October 18, 2001.

7.  Attached as Exhibit D-2 is a true and correct copy of Mikael Berner's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/mikaelberner/), which indicates that Mr. Berner is located in the San Francisco Bay Area.

8. Attached as Exhibit D-3 is a true and correct copy of Steve Tran's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/stevettran/), which indicates that Mr. Tran is located in the San Francisco Bay Area.

9. Attached as Exhibit E-1 is a true and correct copy of an article entitled "Multimodal User Interfaces in the Open Agent Architecture," authored by Douglas B. Moran, Adam J. Cheyer, Luc E. Julia, and David L. Martin.

10. Attached as Exhibit E-2 is a true and correct copy of Douglas Moran's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/douglas-moran-1398247/), which indicates that Mr. Moran is located in Palo Alto, California.

11. Attached as Exhibit E-3 is a true and correct copy of Adam Cheyer's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/adamcheyer/), which indicates that Mr. Cheyer is located in the San Francisco Bay Area.

12. Attached as Exhibit E-4 is a true and correct copy of Luc Julia's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/lucjulia/), which indicates that Dr. Julia is located in Palo Alto, California.

13. Attached as Exhibit E-5 is a true and correct copy of David Martin's LinkedIn profile retrieved on May 19, 2022 (https://www.linkedin.com/in/therealdavidmartin/), which indicates that Mr. Martin is located in Santa Clara, California.

14. Attached as Exhibit F-1 is a true and correct copy of a page from the Internet Archive (web.archive.org/web/20000711033632/www.generalmagic.com/solutions/insidegm_magichome.shtml), reflecting a General Magic web page describing magicTalk from July 11, 2000.

15. Attached as Exhibit F-2 is a true and correct copy of Marc Porat's LinkedIn profile retrieved on May 20, 2022 (https://www.linkedin.com/in/marc-porat-1343296/), which indicates that Mr. Porat is located in San Francisco, California.

16. Attached as Exhibit G is a true and correct copy of an excerpt of the trial transcript in *Profectus Tech. LLC v. Google LLC*, No. 20-cv-101 (W.D. Tex.), Dkt. 205, consisting of Ms. Susan West's testimony regarding the Sony Photo Frame Model PHD-A55 prior art system.

17. Attached as Exhibit H is a true and correct copy of an excerpt of the trial transcript in *VideoShare, LLC v. v. Google LLC,* No. 6:19-cv-663 (W.D. Tex.), Dkt. 234, consisting of Ms. Nancy Miracle's direct testimony regarding the YourVideoOnTheWeb prior art system.

18. I performed a search for flights from San Francisco International Airport (SFO) and San Jose International Airport (SJC) to Waco Regional Airport (ACT). I identified no direct flights from SFO to ACT or from SJC to ACT. The fastest flight I identified from SFO to ACT had a posted travel time of 5 hours, 16 minutes, with a 52 minute layover in Dallas/Fort Worth International Airport (DFW). The fastest flight I identified from SJC to ACT had a posted travel time of 7 hours, 22 minutes, with a 3 hour layover in DFW. Attached as Exhibit I is a true and correct copy of these search results.

19. Attached as Exhibit J is a true and correct copy of a report generated by Docket Navigator listing time to case milestones in cases in NDCA and WDTX from 2008 to 2022, retrieved on May 19, 2022.

20. Attached as Exhibit K is a true and correct copy of a report generated by Docket Navigator listing the number of patent cases filed in NDCA and WDTX from 2008 to 2022, retrieved on May 19, 2022.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on May 20, 2022, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　*/s/ Bill Trac*
　　　　　　　　　　　　　　　　　　　Bill Trac